**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

ROSSANA DOLAN,

  Plaintiff,

                                              CASE NO.:  1:20-cv-00764-RDA-MSN

v.

CAPITAL ONE BANK (USA), N.A.,

  Defendant.

_____/

## NOTICE OF SETTLEMENT

      Plaintiff, ROSSANA DOLAN, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 12th day of September 2020, a true and correct copy of the foregoing has been furnished to all counsel of records via the Court's CM/ECF server.

                                       */s/ Hyatt B. Shirkey*
                                     Hyatt B. Shirkey, Esquire
                                     Hyatt Browning Shirkey Law Firm
                                     3735 Franklin Rd. S.W., Suite 251
                                     Roanoke, VA 24014
                                     Telephone: (540) 324-9288
                                     Facsimile: (540) 986-2199
                                     E-Mail: Hyatt@hbsesqfirm.com
                                     *Attorney for Plaintiff*