UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

ROSSANA DOLAN,

  Plaintiff,

-vs-

CAPITAL ONE BANK (USA), N.A.,

  Defendant.
_____/

CASE NO.:  1:20-CV-00764-RDA-MSN

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Rossana Dolan, and the Defendant, Capital One Bank (USA), National Association, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 17th day of November, 2020.

| | |
|---|---|
| /s/ Hyatt B. Shirkey | */s/ John D. Sadler* |
| Hyatt B. Shirkey, Esquire | John D. Sadler, Esquire (VA Bar # 80026) |
| Hyatt Browning Shirkey Law Firm | Ballard Spahr LLP |
| 3735 Franklin Rd. S.W., Suite 251 | 1909 K Street, 12th Floor |
| Roanoke, VA 24014 | Washington, DC 20006-1157 |
| Tele: (540) 324-9288 | Tele: (202) 661-7659 |
| Fax:  (540) 986-2199 | Fax:  (202) 661-2299 |
| Hyatt@hbsesqfirm.com | sadlerj@ballardspahr.com |
| Attorney for Plaintiff | Attorney for Defendant |