IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSSANA DOLAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:20-cv-00764 |
| v. | ) (RDA/MSN) |
| | ) |
| CAPITAL ONE BANK (USA), N.A., | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on the Stipulation of Dismissal filed by Plaintiff Rossana Dolan ("Plaintiff"). Dkt. 8. The parties signed the Stipulation of Dismissal. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is DISMISSED WITH PREJUDICE. Each party is to bear their own attorney's fees, costs, and expenses.

It is SO ORDERED.

Alexandria, Virginia
November 18, 2020

/s/
_____
Rossie D. Alston, Jr.
United States District Judge